**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON, UK
SUBSCRIBING TO POLICY NO.
B1230AP56189A14,

        Plaintiff,

v.                                                 Case No. 6:16-cv-258-Orl-37GJK

FIRE & LIFE SAFTEY AMERICA, INC.,

        Defendant.
_____

OCEAN WALK RESORT
CONDOMINIUM ASSOCIATION, INC.;
and ASPEN SPECIALITY INSURANCE
COMPANY

        Plaintiff,

v.                                                Case No. 6:15-cv-273-Orl-37GJK

FIRE & LIFE SAFETY AMERICA, INC.,

        Defendant.
_____

**ORDER**

This cause is before the Court *sua sponte.* On March 31, 2016, the Court held a joint preliminary pre-trial conference for the above-captioned cases. Upon consideration, and absent objection, the Court determined that the cases should be consolidated for discovery purposes. Consistent with the Court's oral pronouncements from the bench, it is hereby **ORDERED AND ADJUDGED**:

    1.    The following cases are consolidated for discovery purposes: (1) *Certain*

>*Underwriters at Lloyd's of London, UK Subscribing to Policy No. B1230AP56189A14 v. Fire & Life Safety America*, 6:15-cv-258-Orl-37GJK ("**Certain Underwriters Action**"); and (2) *Ocean Walk Resort Condominium Association, Inc. v. Fire & Life Safety America*, 6:15-cv-273-Orl-37-GJK ("**Ocean Walk Action**").

2. The parties shall file all discovery notices in both the *Certain Underwriters* Action and the *Ocean Walk* Action.

3. The deadline for filing a Case Management Report in the Ocean Walk Action is temporarily suspended. No later than ten (10) days after Fire & Life Safety America has been served in the *Certain Underwriters Action*, the parties shall file parallel Case Management Reports in each action. The Court will subsequently issue parallel Case Management Scheduling Orders.

4. On or before Monday, **April 11, 2016**, Fire & Life Safety America shall file a responsive pleading in the *Ocean Walk Action*.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 1, 2016.

*[signature]*
ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record