**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON, UK
SUBSCRIBING TO POLICY NO.
B1230AP56189A14,

        Plaintiffs,

v.                                                Case No. 6:16-cv-258-Orl-37GJK

FIRE & LIFE SAFETY AMERICA,
INC.; and OCEAN WALK RESORT
CONDOMINIUM ASSOCIATION, INC.,

        Defendants.

**ORDER**

This cause is before the Court on the following:

1.     Defendant's, Fire & Life Safety America, Inc., Motion to Dismiss Plaintiff's Complaint and Motion for Hearing (Doc. 25), filed April 22, 2016; and

2.     Plaintiff's Second Amended Complaint (Doc. 33), filed May 5, 2016.

On April 22, 2016, Defendant Fire & Life Safety America, Inc. ("**Fire, Inc.**") moved to dismiss Plaintiff's First Amended Complaint (Doc. 6). (Doc. 25 ("**Motion to Dismiss**").) Upon stipulation between Plaintiff and Fire, Inc. (Doc. 28), Plaintiff subsequently filed a Second Amended Complaint (Doc. 33 ("**SAC**")), which is now the operative pleading in the case. In light of the SAC, the pending Motion to Dismiss is due to be denied as moot.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's, Fire & Life Safety America, Inc., Motion to Dismiss Plaintiff's Complaint and Motion for Hearing (Doc. 25) is **DENIED AS MOOT**. Defendant Fire & Life Safety America is **DIRECTED** file a responsive pleading to Plaintiff's Second Amended Complaint (Doc 33) on or before

Thursday, **May 26, 2016**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 9, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record